IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EULUS ABBOTT, An Individual
And Personal Representative And
Special Administrator Of The
Estate Of Michael Abbott                                             PLAINTIFF

      v.      Civil No. 09-1036

SCHNEIDER NATIONAL CARRIERS, INC.;
SCHNEIDER NATIONAL, INC.; and
SHANNON G. HYDAR                                                     DEFENDANTS

## ORDER

Now on this 26TH day of October, 2010, comes on for consideration the parties' **Stipulation of Dismissal** (Doc. 103). The Court, being well and sufficiently advised, finds that the parties have settled this matter and that this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is hereby dismissed with prejudice. The Court orders that this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE